ALAN S. LEVIN, MD, JD
Nevada Bar No. 7062
ALAN S. LEVIN, P.C.
Post Office Box 4703
Incline Village, Nevada  89450
Telephone:   (775) 831-5603
flitequack@aol.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY J. EZRA, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WEITZ & LUXENBERG, P.C., a New York professional corporation, BRISTOL-MYERS SQUIBB AND COMPANY, a Delaware corporation; MEDICAL ENGINEERING CORPORATION, a Wisconsin corporation; and DOES and ROES I through XX, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00486-RFB-PAL<br><br>**PLAINTIFF'S REQUEST TO WITHDRAW HER MOTION FOR LEAVE OF COURT TO AMEND THE COMPLAINT AND FIRST AMENDED COMPLAINT ON FILE HEREIN** |

COMES NOW BEVERLY J. EZRA, Plaintiff, by and through her attorney, ALAN S. LEVIN, MD, JD, and hereby submits her Request to Withdraw Her Motion for Leave of Court to Amend the Complaint on file herein.

**SUMMARY OF RELEVANT FACTS**

The sole purpose of filing Plaintiff's Motion for Leave to Amend the Complaint, was to assure that all parties named in the subject Complaint are placed on notice of the pending lawsuit for Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Misrepresentation, Fraud and Deceit, and Intentional Infliction of Emotional Distress.  There are three (3) entities so

named, WEITZ & LUXENBERG, P.C., ("W&L"), BRISTOL-MYERS SQUIBB COMPANY ("BMS") and MEDICAL ENGINEERING CORPORATION ("MEC").

W&L and BMS were duly served and have responded via Motions which are presently before this Court along with Plaintiff's oppositions to said motions. However, several attempts to serve MEC through their listed registered agent CT Corp. resulted in the refusal of the registered agent to accept service of process as stated in Plaintiff's Motion for Leave to Amend.

Subsequent to the filing of the Motion for Leave to Amend, BMS by and through its attorneys of record, CHAD R. FEARS, ESQ. and JOSHUA COOLS, ESQ. agreed to accept service of process of the Complaint on behalf of MEC as a wholly owned subsidiary of BMS.

Pursuant to this Agreement, a "Waiver of the Service of Summons" has been executed and filed with the Court rendering the need to amend the Complaint moot.

Accordingly, and in the interest of judicial economy, Plaintiff respectfully requests that the Court grant Plaintiff's Request to Withdraw the referenced Motion For Leave of Court to Amend the Complaint and First Amended Complaint on file herein.

DATED this 31st day of August, 2016.

ALAN S. LEVIN, P.C.

BY:   /s/ Alan S. Levin
ALAN S. LEVIN, MD, JD (Nevada Bar No. 7062)
Post Office Box 4703
Incline Village, Nevada 89450
**Attorneys for Plaintiff**

**IT IS SO ORDERED** this 6th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2016, I served a copy of the foregoing **PLAINTIFF'S REQUEST TO WITHDRAW HER MOTION FOR LEAVE OF COURT TO AMEND THE COMPLAINT AND FIRST AMENDED COMPLAINT ON FILE HEREIN** to all parties in this action via electronic service via the CM/ECF service system to the following:

Kelly A. Evans
Chad R. Fears
Joshua D. Cools
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
jmelnar@swlaw.com
cfears@swlaw.com
jparsons@swlaw.com

Robert J. Drakulich
THE DRAKULICH FIRM
245 East Liberty Street, Suite 510
Reno, Nevada  89501
rjd@draklaw.com

                                                 /s/ Alan S. Levin