UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY J. EZRA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>WEITZ & LUXENBERG, P.C., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-00486-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 55, 56, 57) |

This matter is before the court on the Substitutions of Attorneys (ECF Nos. 55, 56, 57). Chad R. Fears, Kelly A. Evans, and David W. Gutke of Evans Fears and Schuttert, LLP seek leave to be substituted in place of Chad R. Fears, Kelly A. Evans, and Joshua Cools of Snell & Wilmer, LLP for Defendant Bristol-Myers Squibb and Company. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitutions of Attorneys (ECF No. 55, 56, 57) are **GRANTED**.
2. Chad R. Fears, Kelly A. Evans, and David W. Gutke of Evans Fears and Schuttert, LLP are substituted in the place of Chard R. Fears, Kelly A. Evans, and Joshua Cools of

/ / /

/ / /

/ / /

/ / /

1

Snell & Wilmer, LLP for Defendant Bristol-Myers Squibb and Company, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 24th day of April, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE