Kelly A. Evans, Esq.
Nevada Bar No. 7691
Chad R. Fears, Esq.
Nevada Bar No. 6970
David W. Gutke, Esq.
Nevada Bar no. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, Nevada 89102
Telephone: 702.805-0290
Facsimile: 702.805-0291
Email: kevans@efstriallaw.com
Email: cfears@efstriallaw.com
Email: dgutke@efstriallaw.com

*Attorneys for Defendant*
*BRISTOL-MYERS SQUIBB COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY J. EZRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEITZ & LUXENBERG, P.C., a New York professional corporation, BRISTOL-MYERS SQUIBB AND COMPANY, a Delaware corporation; MEDICAL ENGINEERING CORPORATION, a Delaware corporation; and DOES and ROES I through XX, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00486-RFP-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO HOLD RULE 26(f) CONFERENCE AND TO SUBMIT DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

The parties, Defendant BRISTOL-MYERS SQUIBB ("BMS"), by and through its attorneys, EVANS FEARS & SCHUTTERT LLP, and Plaintiff BEVERLY J. EZRA, by and through her attorney, Alan S. Levin, Esq. of ALAN S. LEVIN, P.C., hereby stipulate and agree as follows:

1. On June 24, 2016, the Court issued an order granting defendants' motion to stay discovery until disposition of all pending dispositive motions (ECF No. 37). Therein, the Court

1      ordered that within seven (7) days of an order addressing the last pending dispositive motion, the

2      remaining parties must hold a Rule 26(f) conference. *Id.* at 4:1-2. Further, the Court ordered that

3      within seven (7) days of the Rule 26(f) conference, the remaining parties must submit a discovery

4      plan in compliance with LR 26-1. *Id.* at 4:3-5.

5          2.      On July 2, 2018, the Court issued its Order granting Defendant Weitz &

6      Luxenberg's Motion to Dismiss (ECF No. 82). With this Order, there are no pending dispositive

7      motions to be addressed by the Court. Accordingly, the deadlines for the remaining parties to hold

8      the Rule 26(f) conference and submit the discovery plan are currently July 9, 2018 and July 16,

9      2018 respectively, pursuant to the Court's Order dated June 24, 2016 (ECF No. 37).

10         3.      Counsel for Defendant BMS has prearranged international travel precluding the

11     parties from conducting the Rule 26(f) conference under the June 24 order's timeframe and,

12     therefore, the parties respectfully request an extension as follows:

13         a.      The deadline to hold the Rule 26(f) conference shall be extended by two-weeks, up

14     to and including July 23, 2018.

15         b.      The deadline to submit a discovery plan in compliance with Rule 26-1 shall likewise

16     be extending by two-weeks, up to and including July 30, 2018.

//
//
//
//
//
//
//
//

- 2 -

4. This is the parties first request to extend the Rule 26(f) conference and submission of the discovery plan under the June 24 order.

Dated this __ day of June, 2018.

| EVANS FEARS & SCHUTTERT LLP | ALAN S. LEVIN, P.C. |
|---|---|
| /s/ David W. Gutke | /s/ Alan S. Levin |
| Kelly A. Evans, Esq.<br>Nevada Bar No. 7691<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>David W. Gutke, Esq.<br>Nevada Bar no. 9820<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant*<br>*BRISTOL-MYERS SQUIBB COMPANY* | Alan S. Levin, Esq.<br>Nevada Bar No. 7062<br>P.O. Box 4703<br>Incline Village, NV 89450<br>Telephone (775) 831-5603<br>Email: flitequack@aol.com<br>*Attorney for Plaintiff Beverly J. Ezra* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2018

CASE NO.: 2:16-cv-00486-RFB-PAL