Kelly A. Evans, Esq.
Nevada Bar No. 7691
Chad R. Fears, Esq.
Nevada Bar No. 6970
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, Nevada 89102
Telephone: 702.805-0290
Facsimile: 702.805-0291
Email: kevans@efstriallaw.com
Email: cfears@efstriallaw.com
Email: dgutke@efstriallaw.com

*Attorneys for Defendant*
*BRISTOL-MYERS SQUIBB COMPANY AND*
*MEDICAL ENGINEERING CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY J. EZRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEITZ & LUXENBERG, P.C., a New York professional corporation, BRISTOL-MYERS SQUIBB AND COMPANY, a Delaware corporation; MEDICAL ENGINEERING CORPORATION, a Delaware corporation; and DOES and ROES I through XX, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00486-RFP-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISCOVERY PLAN**<br><br>**(SECOND REQUEST)** |

The parties, Defendant BRISTOL-MYERS SQUIBB ("BMS") and MEDICAL ENGINEERING CORPORATION ("MEC"), by and through its attorneys, EVANS FEARS & SCHUTTERT LLP, and Plaintiff BEVERLY J. EZRA, by and through her attorney, Alan S. Levin, Esq. of ALAN S. LEVIN, P.C., hereby stipulate and agree as follows:

1. On June 24, 2016, the Court issued an order granting defendants' motion to stay discovery until disposition of all pending dispositive motions (ECF No. 37). Therein, the Court ordered that within seven (7) days of an order addressing the last pending dispositive motion, the remaining parties must hold a Rule 26(f) conference. *Id.* at 4:1-2. Further, the Court ordered that within seven (7) days of the Rule 26(f) conference, the remaining parties must submit a discovery plan in compliance with LR 26-1. *Id.* at 4:3-5.

2. On July 2, 2018, the Court issued its Order granting Defendant Weitz & Luxenberg's motion to dismiss due to lack of personal jurisdiction (ECF No. 82). With this Order, there are no pending dispositive motions to be addressed by the Court.

3. On July 6, 2018, the Court issued its Order granting the parties' stipulation to extend the deadline for the remaining parties to hold a Rule 26(f) conference to July 23, 2018 and the deadline to submit the discovery plan to July 30, 2018 (ECF No. 84) due to pre-planned vacations.

4. Counsel for BMS/MEC and counsel for Plaintiff timely held an initial Rule 26(f) conference on July 23, 2018.

5. Due to the dismissal of Defendant Weitz & Luxenberg for lack of personal jurisdiction, Plaintiff has filed suit against W&L in the U.S. District Court for the Southern District of New York, where Weitz & Luxenberg is headquartered, Ezra v. Weitz & Luxenberg, P.C. and Roes and Does I through XX 1:18-cv-6802. Because of this filing, Plaintiff and BMS/MEC are discussing potentially transferring this case to that district and, if so, the most efficient way to complete the transfer.

6. In light of Plaintiff's new lawsuit filed in the Southern District of New York and the potential transfer of this case to that district, the parties respectfully stipulate that no later than August 31, 2018, the parties will submit either a joint/unopposed motion to transfer this case to the Southern District of New York, their individual motions relating to their respective positions on transfer of the case or a 26(f) discovery plan in this district.

7. Additionally, the parties stipulate that defendants BMS/MEC shall have until September 7, 2018 to file their answer, if an individual motion to transfer or discovery plan is submitted in this district.

8. This is the parties second request to extend their submission of the discovery plan.

Dated this 28th day of July, 2018.

| EVANS FEARS & SCHUTTERT LLP | ALAN S. LEVIN, P.C. |
|---|---|
| /s/ Chad R. Fears | /s/ Alan S Levin |
| Kelly A. Evans, Esq.<br>Nevada Bar No. 7691<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendants*<br>*BRISTOL-MYERS SQUIBB COMPANY AND*<br>*MEDICAL ENGINEERING CORPORATION* | Alan S. Levin, Esq.<br>Nevada Bar No. 7062<br>P.O. Box 4703<br>Incline Village, NV 89450<br>Telephone (775) 831-5603<br>Email: flitequack@aol.com<br>*Attorney for Plaintiff Beverly J. Ezra* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: August 1, 2018

CASE NO.: 2:16-cv-00486-RFB-PAL